818

No. 173. DUFF ET AL. *v.* BULLARD, ADMINISTRATOR, ET AL. Court of Appeals of Kentucky. Certiorari denied. *Joe Hobson* and *Weldon Shouse* for petitioners. *Leo T. Wolford* and *Eugene B. Cochran* for respondents.

No. 176. SUNRISE LUMBER & TRIM CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Alexander Eltman* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard* and *Dominick L. Manoli* for respondent.

No. 179. EISTRAT *v.* BRUSH INDUSTRIAL LUMBER Co. ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Wendell W. Schooling* for respondents.

No. 182. LIEBERMAN-KOREN CORP. ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Kapner, petitioner, *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.

No. 183. ARGENTO *v.* HORN ET AL. C. A. 6th Cir. Certiorari denied. *Henry C. Lavine* for petitioner. *Solicitor General Rankin* for Horn et al., and *Robert J. Bulkley* for Zugaro, respondents.

No. 185. BROWN *v.* PANHANDLE & SANTA FE RAILWAY Co. Court of Civil Appeals of Texas, Seventh Supreme Judicial District. Certiorari denied. *Robert Lee Guthrie, Searcy L. Johnson* and *Warren E. Miller* for petitioner. *Preston Shirley* and *Charles L. Cobb* for respondent.